**Dismissed and Memorandum Opinion filed January 10, 2019.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-18-01006-CR**
**NO. 14-18-01007-CR**
**NO. 14-18-01008-CR**

---

**LASTERSTEEN THOMPSON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1549096, 1548099, & 1549095**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to three counts of robbery. In accordance with the terms of plea bargain agreements with the State, the trial court sentenced appellant to confinement for 25 years in one count, 25 years in the second count, and 20 years in the third count, with the sentences to run concurrently. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea-bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b)